IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VOCATURA'S BAKERY, INC.,<br><br>      *Plaintiff*,<br>  v.<br><br>INTERNAL REVENUE SERVICE;<br>JOHN KOSKINEN, COMMISSIONER<br>OF INTERNAL REVENUE; LORETTA<br>LYNCH, ATTORNEY GENERAL OF<br>THE UNITED STATES; UNITED<br>STATES OF AMERICA,<br><br>      *Defendants*. | Case No. 3:16-MC-00147-RNC<br><br>June 16, 2016 |

**NOTICE OF WITHRAWAL OF MOTION FOR RETURN OF PROPERTY
AND VOLUNTARY DISMISSAL**

Plaintiff Vocatura's Bakery, Inc. hereby withdraws its Motion for Return of Property, filed on May 24, 2016, D.E. 1, and gives notice that this case is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff has achieved all the relief that it seeks in this case, as the property at issue has been returned to Plaintiff by the IRS.

Dated:  June 16, 2016

Ross H. Garber (ct17689)
Michael G. Chase (ct28935)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford,  CT 06103
Tel:  (860) 251-5194
Fax: (860) 251-5219
Email:  rgarber@goodwin.com
       mchase@goodwin.com

Respectfully submitted,

 /s/ Robert Everett Johnson
Robert Everett Johnson*
(Virginia State Bar No. 83219)
Dan Alban*
(Virginia State Bar No. 72688)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA  22203
Tel:  (703) 682-9320
Fax:  (703) 682-9321
Email:  rjohnson@ij.org
      dalban@ij.org
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff Vocatura's Bakery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of June 2016, a true and correct copy of the foregoing Notice was electronically filed using the court's CM/ECF system which will automatically send email notification to all counsel of record. In addition, copies were sent by mail to the following:

Office of Chief Counsel
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

The Honorable John Koskinen
Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

The Honorable Loretta Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

US Attorney's Office
New Haven Office
Connecticut Financial Center
157 Church Street, Floor 25
New Haven, CT 06510

                                                          /s/ Robert Everett Johnson